33

(No. 5870 

LICATA MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 3, 1972.*

LICATA MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney, for Respondent.

PERLIN, C.J.

(No. 5872 

LICATA MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 3, 1972.*

LICATA MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6333 

LICATA MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 3, 1972.*

LICATA MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S.

ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6334)

LICATA MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 3, 1972.*

LICATA MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5451)

SELWYN ZUN, Administrator of the Estate of JAMES CORRIGAN, JR., Deceased, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 4, 1972.*

MULLIN, ZUN AND DEVINE, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, ZEAMORE ADER, and ETTA COLE, Assistant Attorneys General, for Respondent.

PERLIN, C.J.

Claimant seeks recovery of $25,000 as Administrator of the Estate of James Corrigan, Jr., deceased, who committed